UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN A. BROWN,<br><br>                Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | CASE NO. C17-5524 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 30. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Plaintiff's Motion for Injunctive Relief (Dkt. 11) is **DENIED** as moot.

Dated this 19th day of October, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER