UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN A BROWN,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

CASE NO. 3:17-CV-05524-BHS-DWC

ORDER

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. On December 1, 2017, Plaintiff filed a Motion requesting the Court direct Defendants to provide initial disclosures. Dkt. 36. Defendants filed a Response (Dkt. 38, 39), and Plaintiff filed his Reply on December 26, 2017. Dkt. 42. In his Reply, Plaintiff requests the Motion be struck from the record because it was filed prematurely. Dkt. 42. As Plaintiff requests the Motion be stricken, the Court denies the Motion as moot.

Dated this 5th day of January, 2018.

David W. Christel
United States Magistrate Judge

ORDER - 1