|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| KEVIN A BROWN,<br><br>                Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS,<br>et al.,<br><br>                Defendants. | CASE NO. 3:17-CV-05524-BHS-DWC<br><br>ORDER STRIKING SURREPLY |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. On May 18, 2018, Plaintiff Keven A. Brown filed a surreply to Defendants' Reply to Plaintiff's Response to Defendants' Motion Summary Judgment. Dkt. 78. Pursuant to Local Rule CR 7(g)(2), surreplies are limited to requests to strike material contained in or attached to a reply brief. "Extraneous argument or a surreply filed for any other reason will not be considered." *Id*; *see also Herrnandez v. Stryker Corp.*, 2015 WL 11714363, at *2 (W.D. Wash. Mar. 13, 2015). Plaintiff does not request to strike material contained in Defendants' Reply; rather, he provides additional argument. *See* Dkt. 78. Therefore,

1  the Court directs the Clerk to strike Plaintiff's surreply (Dkt. 78). The Court will not consider

2  Docket Entry 78 when ruling on Defendants' Motion for Summary Judgment.

3      Dated this 7th day of June, 2018.

_/s/ David W. Christel_
David W. Christel
United States Magistrate Judge