UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN A. BROWN,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>            Defendants. | CASE NO. C17-5524 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 81. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' Motion for Summary Judgment (Dkt. 58) is **GRANTED** and this case is **DISMISSED with prejudice**.

Dated this 10th day of July, 2018.

                                                BENJAMIN H. SETTLE
                                                United States District Judge